IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| VS. | § § | No. 5:07CR14-3 |
| LUIS FERNANDO GUZMAN-SAMANIEGO | § § | |

## ORDER

Before the Court for consideration is Defendant's Motion to Proceed Pro Hac Vice. The Court, after reviewing the motion, finds that the motion is meritorious and should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, that Defendant's Motion to Proceed Pro Hac Vice is hereby GRANTED. Accordingly, it is ORDERED that Larry Sauer be recognized as counsel for LUIS FERNANDO GUZMAN-SAMANIEGO in this case.

**SO ORDERED**.

Signed: May 16, 2007

Carl Horn, III
United States Magistrate Judge